ORIGINAL

**FILED**

11/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0318



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0318

DANIEL L. MORLEY,

    Plaintiff and Appellee,

v.

CYNTHIA J. MORLEY and KENNETH E. MORLEY,

    Defendants and Appellants,

**O R D E R**

**FILED**

NOV 09 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This matter comes before the Court on the motion of Appellee Daniel L. Morley to strike Exhibits E and G submitted in the Appendix to Brief of Appellants. Morley argues these exhibits are not in the District Court record and have never been before the District Court and should not be considered on appeal. Appellants, Cynthia J. Morely and Kenneth E. Morley, assert both exhibits are appraisals which were submitted to the Referees by both parties at the beginning of the case, were relied on by the Referees in the Referees Report to the Court, and the two appraisals were quoted and cited in that Report. Appellants assert they have appealed the District Court's acceptance of the Report based on factual errors in the Report and Exhibits E and G are part of the Report relied on by the District Court.

The case has been fully briefed and is ready for classification and submission to the Court. Having reviewed the motion and response, the Court is not in a position to determine the merits of Appellee's motion to strike Exhibits E and G without fully considering the briefs and record in this appeal.

THEREFORE,

IT IS FURTHER ORDERED that Appellee's Motion to Strike Certain Exhibits is TAKEN UNDER ADVISEMENT pending the Court's full consideration of the appeal.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this ___ day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2